■ In the Matter of ALEXANDER KALARICKAL, Appellant, v LEENA KALARICKAL, Respondent. [932 NYS2d 366]—

The Family Court properly found that the father failed to meet his burden of demonstrating a substantial and unanticipated change in circumstances warranting a downward modification of his child support obligation (*see Matter of Boden v Boden*, 42 NY2d 210, 212-213 [1977]; *Matter of Peterson v Peterson*, 75 AD3d 512 [2010]). The father's child support obligation is not necessarily determined by his current financial condition but, rather, by his ability to provide support, as well as his assets and earning powers (*see Basile v Wiggs*, 82 AD3d 921 [2011]; *Beard v Beard*, 300 AD2d 268, 269 [2002]; *Matter of Fleischmann v Fleischmann*, 195 AD2d 604 [1993]). Here, while the father presented evidence of an unanticipated loss of employment, there was also evidence that he is nonetheless possessed of sufficient means to provide support at the level ordered (*see Matter of Talty v Talty*, 42 AD3d 546 [2007]).

The father's remaining contentions are without merit.

Accordingly, the Family Court properly denied the father's objections to the order which, in effect, denied his petition for a downward modification of his child support obligation. Skelos, J.P., Hall, Lott and Roman, JJ., concur.